PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**            ) | |
| )                                                              | |
| vs.                        ) | **Docket Number: 1:04CR05051-01 REC** |
| ) | |
| **CORTEZ I. McCLENDON**            ) | |
| ) | |

On December 15, 1999, the above-named was placed on supervised release (TSR) for a period of 5 years after being convicted of Conspiracy to Distribute Cocaine. The offender was sentenced to 80 months custody of the Bureau of Prisons (BOP). On August 6, 2004, the offender was released on TSR and has been supervised by the Fresno Office since that time. While on supervised release, the offender has complied with the rules and regulations of supervision. He satisfied his $100 special assessment, maintained full-time employment, as well as successfully completing his drug aftercare requirements. Therefore, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:      July 6, 2007
               Fresno, California


**REVIEWED BY:**      /s/ Bruce A. Vasquez
                                **Bruce A. Vasquez
                                Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:     McCLENDON, Cortez I.
        Docket Number:   1:04CR05051-01 REC
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:**   July 27, 2007                               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE